IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-cv-648-D

| JOEY THOMAS BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **CONSENT ORDER** |
| CAROLYN COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

This action being submitted to the Court for entry of a Consent Order agreed to by the

parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent

Order and Defendant has executed this Consent Order, by and through the undersigned Assistant

United States Attorney; and it appearing that the parties have agreed that the Commissioner of

Social Security should pay the sum of $4,934.25 for attorney fees, in full and final settlement of

all claims due against the Social Security Administration, and that the undersigned be reimbursed

the $350.00 filing fee from the Treasury Judgment Fund, for attorney fees and costs arising

under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's

counsel the sum of $4,934.25 in attorney fees and that the undersigned be reimbursed the

$350.00 filing fee from the Treasury Judgment Fund, in full satisfaction of any and all claims

arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is

dismissed with prejudice.

This **18** day of **July**, 2013.

United States District Judge